UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                                           :        Chapter 7
                                                                :
RAFAELA ESTRADA,                          :        Case No. 24-11060 (lgb)
                                                                :
                              Debtor.         :
------------------------------------------------------------X

## ORDER GRANTING MOTION TO REOPEN
## CHAPTER 7 BANKRUPTCY CASE

Based upon the motion (the "Motion") of the above-captioned debtor [ECF No. 9] seeking an order pursuant to 11 U.S.C. § 350(b), Rule 5010 of the Federal Rules of Bankruptcy Procedure, and Local Rule 5010-1, reopening the above-captioned bankruptcy case to, among other things, amend the Debtor's bankruptcy schedules (the "Schedules") to add the plaintiffs from a lawsuit entitled *Velasquez*, et al. *v. Lities Corp.*, et al., Case No. 20-cv-04208-LGS, filed in the United States District Court for the Southern District of New York (the "Lawsuit"), to Schedule E/F of the Debtor's Schedules; and the Court having jurisdiction pursuant to 11 U.S.C. § 1334; and it appearing that appropriate notice has been given, and the Court having found at a hearing held on August 7, 2025 that there is sufficient cause existing for the relief requested, and there being no opposition to the Motion, it is

ORDERED that the above-captioned bankruptcy case of Rafaela Estrada is reopened; and it is further

ORDERED that the Debtor shall amend the Debtor's Schedules to schedule the plaintiffs in the Lawsuit as creditors of the Debtor on Schedule E/F of the Debtor's Schedules; and it is further

ORDERED that the United States Trustee shall appoint a chapter 7 trustee for the instant case; and it is further

ORDERED that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order and the instant case.

Dated:  New York, New York
        August 7, 2025

                                          ***/s/ Lisa G. Beckerman***
                                          The Honorable Lisa G. Beckerman
                                          United States Bankruptcy Judge